IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| ALSET OWNERS, LLC, *et al.*,[1] | Case No. 09-11960 (BLS) |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code, the following counsel enter their appearance on behalf of Checkers Drive-In Restaurants, Inc., and certain affiliates and request that all notices given or required to be given, and all papers served in these cases, be delivered to and served upon the following at their offices at the addresses set forth below, and that the following be added to the general matrix and all special or limited matrices in these matters.

All motions, pleadings, notices, applications and other papers should be served upon:

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Pauline K. Morgan, Esq.<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-3318<br>E-Mail: pmorgan@ycst.com | **PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**<br>Kelley A. Cornish, Esq.<br>Diane Meyers, Esq.<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>E-Mail: kkornish@paulweiss.com<br>            dmeyers@paulweiss.com |

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Alset Owners, LLC, a Delaware limited liability company (7520); Altes, LLC, a Delaware limited liability company (6927); Setla, LLC, a Delaware limited liability company (6752); and Checkers Michigan, LLC, a Delaware limited liability company (8016). The Debtors' service address is Altes, LLC/Setla, LLC, 1200 North Federal Highway, Suite 111-B, Boca Raton, FL 33432-2813.

Dated: Wilmington, Delaware      **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
July 21, 2009

*/s/ Pauline K. Morgan*
Pauline K. Morgan (No. 3650)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

**PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**
Kelley A. Cornish, Esq.
Diane Meyers, Esq.
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Checkers Drive-In Restaurants, Inc., and certain affiliates*