# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| ALSET OWNERS, LLC, *et al.*,[1] | : | Case No. 09-11960 (BLS) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

## NOTICE OF (I) ENTRY OF ORDER CONFIRMING JOINT PLAN OF LIQUIDATION OF THE DEBTORS AND DEBTORS IN POSSESSION DATED DECEMBER 2, 2009 AND (II) OCCURRENCE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE THAT:**

1. On February 22, 2010, the Bankruptcy Court entered an order (the "Confirmation Order") confirming the *Joint Chapter 11 Plan of Liquidation of the Debtors and Debtors in Possession Dated December 2, 2009* (the "Plan").[2]

2. Pursuant to the Confirmation Order, the Plan became effective in accordance with its terms. The effective date of the Plan occurred on March 9, 2010 (the "Effective Date").

3. The Confirmation Order is now final and non-appealable. Creditors and parties in interest are directed to the Confirmation Order and the Plan for its contents.

4. Pursuant to the terms of the Plan, on or prior to the Effective Date, the Liquidation Trust Agreement was executed, thereby creating the Liquidation Trust and appointing Invotex Group as Liquidation Trustee of the Liquidation Trust. On the Effective Date, among other things, all Assets of the Debtors became assets of the Liquidation Trust.

5. Pursuant to the Plan and Confirmation Order, any request for allowance of an Administrative Claim that is not subject to the Bar Date Order, including without limitation, Administrative Claims accruing between December 15, 2009 and the Effective Date, shall be filed with the Court no later than **April 9, 2010**, which is thirty (30) days after the Effective Date (the "Administrative Claim Bar Date"). Any holder of an Administrative Claim who fails to file a timely request for the allowance of an Administrative Claim: (i) shall be forever barred, estopped, and enjoined from asserting such Administrative Claim against the Debtors, the Liquidation Trust, or the Liquidation Trust Assets (or filing a request for the allowance thereof);

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Alset Owners, LLC, a Delaware limited liability company (7520); Altes, LLC, a Delaware limited liability company (6927); Setla, LLC, a Delaware limited liability company (6752); and Checkers Michigan, LLC, a Delaware limited liability company (8016). The Debtors' service address is Altes, LLC/Setla, LLC, 1200 North Federal Highway, Boca Raton, FL 33432.

[2] All terms not defined herein shall have the meanings ascribed to them in the Plan or Confirmation Order.

and (ii) such holder shall not be permitted to participate in any distribution under the Plan on account of such Administrative Claim.

6. In order to receive a distribution on account of a Professional Fee Claim, a holder of a Professional Fee Claim must file and serve a final fee application requesting payment of such Professional Fee Claim by the Administrative Claim Bar Date.

7. Pursuant to the Plan and Confirmation Order, any executory contracts or unexpired leases that have not expired by their own terms on or prior to the Effective Date, which the Debtors have not assumed and assigned or previously rejected with the approval of the Bankruptcy Court, or that are not the subject of a motion to assume or reject the same pending as of the Effective Date, shall be deemed rejected by the Debtors as of the Effective Date. Any damages relating to a rejection of an executory contract or unexpired lease under the Plan shall be filed with the Debtors' claims agent, BMC Group Inc., by **April 9, 2010**.

8. Persons wishing to obtain copies of the Plan or Confirmation Order may request copies of the same from Blank Rome LLP, 405 Lexington Avenue, New York, NY 10174: Attention: Rocco A. Cavaliere, Esq. or Klehr, Harrison, Harvey, Branzburg & Ellers, 919 Market St., Suite 1000, Wilmington, DE 19801, Attention: Richard Beck, Esq.

Dated: Wilmington, Delaware
March 10, 2010

**BLANK ROME LLP**

*/s/ Victoria Guilfoyle*
David W. Carickhoff (No. 3715)
Victoria Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400 – Telephone
(302) 425-6460 – Facsimile

- and -

Michael Z. Brownstein, Esq.
Rocco A. Cavaliere, Esq.
405 Lexington Avenue
New York, New York 10174
(212) 885-5000 – Telephone
(212) 885-5001 – Facsimile

Counsel to Debtors and Debtors in Possession